IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT REED                                                      PLAINTIFF

v.                                    NO.  3:04CV00282 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                          DEFENDANT

JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Order

entered this date.  This case is hereby reversed and remanded for action consistent with

the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. §

405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 10th day of August, 2005.


_____
UNITED STATES MAGISTRATE JUDGE